[3] We find copied in the record several bills of exceptions. They bear no file mark. It is necessary, to authorize their consideration, that the record show that they were filed in the court below within the time allowed by law. The state objects to their consideration. Oliver v. State, 58 Tex. Cr. R. 50, 124 S. W. 637; Childress v. State (Tex. Cr. App.) 241 S. W. 1029.

The judgment is affirmed.

---

**WITHINGTON v. STATE.   (No. 7391.)**

(Court of Criminal Appeals of Texas.   Dec. 20, 1922.)

**Criminal law ⚖️1094—Conviction supported by evidence affirmed in absence of bills of exception.**

Upon appeal in a criminal case, where there are no bills of exception in the record and the evidence supports the verdict, the conviction must be affirmed.

Appeal from Criminal District Court, Dallas County;   C. A. Pippen, Judge.

E. D. Withington, alias M. L. Leonard, was convicted for attempting to pass a forged instrument, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J.   Conviction is for attempting to pass as true a forged instrument in writing, with penalty fixed at two years in the penitentiary.

There are no bills of exception in the record. The evidence supports the verdict.

The judgment must be affirmed.